UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RENWICK L. TART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:10-CV-557-FL |
| | ) | |
| JULIA TART, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 14, 2011, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed due to lack of subject matter jurisdiction.  The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 20, 2011, and Copies To:**
Renwick L. Tart (via U.S. Mail) 200 Parkthough Street, Cary, NC 27511

January 20, 2011                    DENNIS P. IAVARONE, CLERK
                                    /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk